DAVID ZARMI
California Bar No. 245636
8950 W Olympic Blvd., Ste. 533
Beverly Hills, CA 90211
310-841-6455
davidzarmi@gmail.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARNEL ROGERS, by and through his Successor in Interest, Carmela Rogers; and CARMELA ROGERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAWNDALE HEALTHCARE & WELLNESS CENTRE, LLC dba LAWNDALE HEALTHCARE & WELLNESS CENTRE; BRIUS, LLC; ENSEMBLE HEALTHCARE, LLC; GRANITE HILLS HEALTHCARE & WELLNESS CENTRE, LLC; PACIFIC REHABILITATION & WELLNESS CENTRE, LP; PACIFIC WELLNESS GP, LLC; and DOES 1-50, <br><br> Defendants. | Case No.   2:21-cv-3922 <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Defendants, certifies the following:

| Entity | Ownership |
|---|---|
| Lawndale Health & Wellness Center, LLC | Rechnitz Lawndale GP – 100% |
| Rechnitz Lawndale GP | No parent company and no publicly held corporation holds 10% or more of stock. |
| Brius, LLC | No parent company and no publicly held corporation holds 10% or more of stock. |

| | |
|---|---|
| Ensemble Healthcare, LLC | No parent company and no publicly held corporation holds 10% or more of stock. |
| Granite Hills Healthcare & Wellness Centre, LLC | Brius, LLC – 97.5% |
| Pacific Rehabilitation & Wellness Centre, LP | No parent company and no publicly held corporation holds 10% or more of stock. |
| Pacific Wellness GP, LLC | No parent company and no publicly held corporation holds 10% or more of stock. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on May 10, 2021, at Los Angeles County, California.

/s/ David Zarmi