UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | CV 21-3922 FMO (MARx) | Date | June 28, 2021 |
|---|---|---|---|
| Title | Carnel Rogers, by and through his Successor in Interest, Carmela Rogers, et al. v. Lawndale Healthcare & Wellness Centre, LLC, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**      (In Chambers) Order Staying Action

   Having reviewed the docket and in light of the pending appeal in Saldana v. Glenhaven Healthcare LLC, Ninth Circuit Case No. 20-56194, which appeals this court's decision remanding an action removed pursuant to The Public Readiness and Emergency Preparedness Act, ("PREP Act"), 42 U.S.C. §§ 247d-6d, 247-6e, IT IS ORDERED THAT this action is **stayed** pending the Ninth Circuit's decision in the above-referenced case. The scheduling conference set for July 8, 2021, is **vacated** pending further order of the court.

Initials of Preparer     vdr