

Writer's email: dawn@smithclinesmith.com

March 8, 2022

**Via CM/ECF**

Honorable Fernando M. Olguin
United States Central District of California
United State Courthouse
350 W. 1st Street
Los Angeles, CA 90012

      **Re:**    **Status Report: Carnel Rogers, by and through his successor-in-interest Carmela Rogers, and Carmela Rogers, an individual, v. Lawndale Healthcare & wellness Centre, LLC dba Lawndale Healthcare & Wellness Centre; Bruis, LLC; Ensemble Healthcare, LLC; Granite Hills Healthcare & Wellness Centre, LLC; Pacific Rehabilitation & Wellness Centre, LP; Pacific Wellness GP, LLC; and DOES 1-50; CDCA No. 2:21-03922-FMO-MAR**

To The Court:

    Pursuant to the Courts order stay on June 28, 2021, plaintiff Carnel Rogers, by and through his successor-in-interest Carmela Rogers, and Carmela Rogers, an individual, reports as follows:

    *Saldana v. Glenhaven Healthcare, LLC*, 9th Cir. No. 20-56194 (*Saldana*) and *Martin v. Filart*, 9th Cir. No. 20-56067 (*Martin*) were argued and submitted on October 21, 2021. On February 22, 2022, the Court issued an opinion in *Saldana* affirming the district court's order granting plaintiffs' motion to remand the case to state court and rejected the Defendant's argument that the district court had grounds for federal jurisdiction. This decision was based on the fact that Defendant did not act under a federal officer or agency's direction, the claims of the plaintiff were not

completely preempted by the Public Readiness and Emergency Preparedness Act, and that the embedded federal question doctrine did not apply in this matter.

On February 25, 2022, the Court also issued an opinion in *Martin* affirming the district court's order granting plaintiffs' motion to remand the case to state court.

We thank the Court for its continuing consideration of this case.

*Very truly yours,*

SMITH CLINESMITH LLP

DAWN M. SMITH