**ZARMI LAW**

8950 W OLYMPIC BLVD., SUITE 533
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE: (310) 841-6455
davidzarmi@gmail.com

---

March 8, 2022

**Via CM/ECF**:
Honorable Fernando M. Olguin
United States Central District of California
United State Courthouse
350 W. 1st Street
Los Angeles, CA 90012

   Re: *Rogers v. Lawndale Healthcare & Wellness Centre, LLC*
      CDCA No. 2:21-03922-FMO-MAR
      <u>Status Report</u>

To the Hon. Fernando M. Olguin:

  In response to Plaintiffs' status report filed today, Defendants submit the following status report:

  Ninth Circuit cases *Saldana v. Glenhaven Healthcare, LLC* (No. 20-56194) and *Martin v. Filart* (No. 20-56067) were argued and submitted on October 21, 2021.  On February 22, 2022, the Court issued an opinion in *Saldana* affirming the district court's order granting the plaintiffs' motion to remand the case to state court and rejected the defendant's argument that the district court had grounds for federal jurisdiction.  On February 25, the Court also issued an opinion in *Martin* affirming the district court's order granting plaintiffs' motion to remand the case to state court.

  On March 1, 2022, the defendants in Saldana filed a motion to extend time to petition for rehearing and rehearing en banc until March 22.  On March 4, defendants in Martin filed a motion to extend time to petition for rehearing and rehearing en banc until March 25.  The Ninth Circuit granted both motions today.  Accordingly, *Saldana* and *Martin* are not yet final and any status update is premature.

            Very truly yours,

            David Zarmi